UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ALBERTO VALENCIA, | ) | CASE NO. ED CV 19-00374-VBF-PJW |
| Petitioner, | ) | |
| v. | ) | FINAL JUDGMENT |
| GEORGE JAIME, WARDEN, | ) | |
| Respondent. | ) | |

Final judgment is here entered in favor of the respondent warden and against petitioner Jose Alberto Valencia.

Dated: April 29, 2020

*Valerie Baker Fairbank*

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge